UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HEATHER SHERMAN, DORIS
BRUMMER, MARY ANN PAC and
DONNA GRAY, individually and on behalf
of others similarly situated

    Plaintiffs,

v.      Case No:  2:12-cv-635-Ftm-29DNF

CORIZON HEALTH, INC.,

    Defendant.

## ORDER

This cause is before the Court on attorney Elizabeth S. Washko's Motion to Proceed Pro Hac Vice (Doc. 14) filed on January 9, 2013.  Attorney Elizabeth S. Washko is requesting that she be permitted to appear specially for the Defendant, Corizon Health, Inc.  The Court will allow Elizabeth S. Washko to appear specially.

**IT IS HEREBY ORDERED:**

1) The Motion to Appear Pro Hac Vice (Doc. 14) is hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Elizabeth S. Washko shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

3) The Clerk is directed to add Elizabeth S. Washko to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE** and **ORDERED** in Fort Myers, Florida on January 10, 2013.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties