UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HEATHER          SHERMAN,
individually  and  on  behalf
of      others     similarly
situated,

      Plaintiff,

v.                              Case No: 2:12-cv-635-FtM-29DNF

CORIZON  HEALTH,  INC.,  a
Delaware corporation,

      Defendant.

_____

## OPINION AND ORDER

    This  matter  is  before  the  Court  on  consideration  of  the
Magistrate  Judge's  Report  and  Recommendation  (Doc.  #68),  filed
October  29,  2014,  recommending  that  the  Joint  Motion  for  Approval
of  Settlement  (Doc.  #67)  be  granted,  the  Settlement  Agreement  and
Release  of  Claims  (Doc.  #67-1)  be  approved,  and  the  case  dismissed.
The  parties  filed  a  Joint  Notice  of  No  Objection  to  Report  and
Recommendation  (Doc.  #69)  on  November  3,  2014.

    After  conducting  a  careful  and  complete  review  of  the  findings
and  recommendations,  a  district  judge  may  accept,  reject  or  modify
the  magistrate  judge's  report  and  recommendation.   28  U.S.C.  §
636(b)(1);  Williams v. Wainwright,  681  F.2d  732  (11th  Cir.  1982),
cert. denied,  459  U.S.  1112  (1983).   In  the  absence  of  specific
objections,  there  is  no  requirement  that  a  district  judge  review
factual  findings  de novo,  Garvey v. Vaughn,  993  F.2d  776,  779  n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.    The Report and Recommendation (Doc. #68) is hereby **adopted** and the findings **incorporated** herein.

2.    The parties' Joint Motion for Approval of Settlement (Doc. #67) is **granted** and the Settlement Agreement and General Release of Claims (Doc. #67-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3.    The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this   4th   day of November, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

- 2 -

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties